

# MANDATE

# Court of Appeals
# First District of Texas

NO. No. 01-15-00270-CR

KENNETH LEAKS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 174th District Court of Harris County.  (Tr. Ct. No. 1451849).


**TO THE 174TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> The cause heard today by the Court is an appeal from the judgment signed by the court below on January 29, 2015. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal.  It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered October 6, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

